AO91 (Rev. 12/03)   Criminal Complaint                                             AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
|---|---|
| vs. | |
| Lucio Benito AGUILAR-Hernandez | Case Number: 1:15-po-1195 |
| A206 890 080  Mexico | |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about   June 29, 2015   in   Cameron   County, in the   Southern District Of Texas   defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title   8   United States Code, Section(s)   1325(a)(1)

I further state that I am a(n)   Border Patrol Agent   and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on June 29, 2015. The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on June 29, 2015 thus avoiding immigration inspection.

Defendant had 20.00 Mexican Pesos at the time of the arrest.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Hernandez, Duane  Border Patrol Agent
Signature of Complainant

Hernandez, Duane    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

July 01, 2015                                                    at     Brownsville, Texas
Date                                                                        City/State

Ronald Morgan            U.S. Magistrate Judge
Name of Judge            Title of Judge                      Signature of Judge